Charles Bayer, Respondent, v. Hecla Iron Works, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Elise Carstensen, Appellant, v. Henry Carstensen, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Julius Crantz, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Reargument ordered, and case set down for Friday, December 13, 1912. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Eddy Glickman Building, Concreting and Improvement Company, Appellant, v. Gainsborough Construction Company, Defendant, Impleaded with Beecher Realty and Construction Company, Respondent, and Another, Defendant.— Judgment of the County Court of Kings county reversed and new trial ordered, costs to abide the final award of costs, upon questions of fact as well as of law. There is evidence from which the court might find that some work was done under the original contract as late as the 15th of December, 1909, and, therefore, the fourth finding of fact is erroneous. The eleventh finding of fact although more strictly a conclusion of law, is erroneous in that it finds that the notice of lien does not state the business address nor the principal place of business of the lienor. Burr, Thomas, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

William R. Fleming, Appellant, v. The City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Catharine Grega, an Infant, by John Sietz, Her Guardian ad Litem, Respondent, v. Western Electric Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for errors in the ruling of the trial court as to the admission and rejection of evidence appearing at folios 162, 258, 259, 260, 261, 262 and 266. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

George Heyman, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order setting aside verdict unanimously affirmed, with costs. Order denying motion for rehearing affirmed, with ten dollars costs. No opinion. Jenks, P. J., Hirschberg, Carr, Woodward and Rich, JJ., concurred.

Anna Jurgens, as Administratrix, etc., of Adelhite Jurgens, Deceased, Appellant, v. The Colonial Life Insurance Company of America, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Aaron Lubash, Respondent, v. Charles A. Sigmond, Appellant.— Appeal dismissed by default, with costs. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Aaron Lubash, Respondent, v. Charles A. Sigmond Realty Company, Appellant.— Appeal dismissed by default, with costs. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Ida Silberman, Appellant, v. Louis Scher, Respondent. (Appeal No. 1.) — Order reversed, with ten dollars costs and disbursements, and motion for